

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00585-CV

**IN RE** Rene **SAENZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Jason Pulliam, Justice

Delivered and Filed:  September 21, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On September 14, 2016, Relator filed a petition for writ of mandamus. The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 11-10-16006-CV, styled *Ramon Saenz, Javier Saenz and Alvarado Hinojosa v. Rene Saenz, Defendant, Carlos Saenz and Mae Saenz, Intervenors*, pending in the 79th Judicial District Court, Brooks County, Texas, the Honorable Richard C. Terrell presiding.